BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

MICHAEL L. BLAUVELT
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
AFFTC/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:10-mj-00065 JLT |
| Plaintiff, | Government's Motion to Dismiss |
| v. | Date: May 12, 2011 |
| **CHARLES B. SIMMONS,** | Time: 9:00 a.m. |
| Defendant. | Place: Edwards Air Force Base |
| | Judge: Hon. Jennifer L. Thurston |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves this honorable Court to dismiss the Violation Notice 2035605 against Charles B. Simmons, in the interest of justice.

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATED: 9 May 2011

By  /s/ Michael L. Blauvelt
MICHAEL L. BLAUVELT
Special Assistant United States Attorney

1

## ORDER

**IT IS SO ORDERED.** That the case against Charles B. Simmons, Violation Notice 2035605, be dismissed, without prejudice, in the interest of justice.

DATED: May 11, 2011

Jennifer L. Thurston, Magistrate Judge
United States District Court